NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ECOLINK INTELLIGENT TECHNOLOGY, INC.,**
*Appellant*

**v.**

**ROKU, INC.,**
*Appellee*

---

2025-1343

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00792.

---

## JUDGMENT

---

ERIK BOKAR, Greenberg Traurig LLP, Chicago, IL, argued for appellant. Also represented by BENJAMIN GILFORD, GARY R. JAROSIK, JAMES J. LUKAS, JR.

SCOTT ANTHONY MCKEOWN, Wolf, Greenfield & Sacks, PC, Washington, DC, argued for appellee. Also represented by ELIZABETH DIMARCO; GEORGE THEODORE SCOTT, Boston, MA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

July 13, 2026
Date

Jarrett B. Perlow
Clerk of Court